**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00261-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. LELAND RAY SMITH,
     a/k/a John Smith, and
2. BRADFORD MORONI SMITH,
     a/k/a Brad Smith,

     Defendants.

---

**MINUTE ORDER**[1]

---

     On August 12, 2013, the court conducted a telephonic setting conference to set a hearing on the following motions: (1) **Defendants' Unopposed Motion For Further Extension of Time To File Pretrial Motions and Exclusion of Time From Speedy Trial Calculations** [#42] filed July 24, 2013; and (2) **Defendants' Unopposed Joint Motion To Designate This Case as Complex, To Continue Trial in This Matter, and To Provide Additional Time to File Pretrial Motions** [#45] filed August 1, 2013.  After conferring with counsel and with their consent,

     **IT IS ORDERED** as follows:

     1.  That the Trial Preparation Conference set for August 23, 2013, at 9:00 a.m., is **CONVERTED** to a hearing on: (1) **Defendants' Unopposed Motion For Further Extension of Time To File Pretrial Motions and Exclusion of Time From Speedy Trial Calculations** [#42] filed July 24, 2013; and (2) **Defendants' Unopposed Joint Motion To Designate This Case as Complex, To Continue Trial in This Matter, and To Provide Additional Time to File Pretrial Motions** [#45] filed August 1, 2013; and

     2. That counsel and the defendants shall be present without further notice or order from the court.

     Dated:  August 12, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.