**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00261-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LELAND RAY SMITH,
    a/k/a John Smith, and
2. BRADFORD MORONI SMITH,
    a/k/a Brad Smith,

    Defendants.

## ORDER RE: DISCLOSURE OF GRAND JURY MATERIALS

**Blackburn, J.**

The matter is before me on the **Government's Unopposed Motion To Disclose Grand Jury Material Under Specified Conditions To Attorneys For Defendants** [#50][1] filed September 5, 2013. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Unopposed Motion To Disclose Grand Jury Material Under Specified Conditions To Attorneys For Defendants** [#50] filed September 5, 2013, is **GRANTED**;

2. That a copy of the transcripts of testimony identified in the government's

---

[1] "[#50]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

motion given before the grand jury, and related exhibits, **SHALL BE DISCLOSED** to the attorneys for the defendants for preparation for trial;

    3.  That defense counsel **SHALL MAKE** only such copies as are necessary to prepare a defense;

    4.  That defense counsel **SHALL MAINTAIN** a written record documenting the number of copies made, to whom those copies were delivered, and the date of delivery of those copies; provided further that defense counsel **SHALL DELIVER** a copy of this Order allowing disclosure with the materials;

    5.  That defense counsel **SHALL PROVIDE** the defendants with reasonable access to the grand jury materials, but defense counsel **SHALL NOT ALLOW** the defendants to retain copies of any grand jury materials;

    6.  That no person, other than defense counsel, **SHALL MAKE** a copy of the grand jury materials for any purpose; and

    7.  That at the conclusion of the case in this court, by entry of the court's judgment, defense counsel **SHALL COLLECT AND DESTROY** all such copies within ten days.

    Dated September 6, 2013, at Denver, Colorado.

                                                     **BY THE COURT:**

                                                     */s/ Robert E. Blackburn*
                                                     Robert E. Blackburn
                                                     United States District Judge