# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 13-cr-00261-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LELAND RAY SMITH,
    a/k/a John Smith, and
2. BRADFORD MORONI SMITH,
    a/k/a Brad Smith,

    Defendant.

## ORDER REFERRING MATTER TO
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The following matters are before the court: (1) **Defendant Bradford Moroni Smith's Notice of Disposition** [#61][1] filed June 19, 2014; and (2) defendant Leland Smith's **Notice of Disposition** [#63] filed June 20, 2014. Pursuant to 18 U.S.C. § 3401(a), the court may designate the matter to a United States Magistrate Judge for change of plea and sentence. As provided by 18 U.S.C. § 3401(b), the defendants are willing to waive their right to have the matters heard before a United States District Judge.

---

[1] "[#61]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that **Defendant Bradford Moroni Smith's Notice of Disposition** [#61] filed June 19, 2014, and defendant Leland Smith's **Notice of Disposition** [#63] filed June 20, 2014, are **REFERRED** under 18 U.S.C. § 3401(a) to the Honorable Gordon P. Gallagher, a United States Magistrate Judge for the United States District Court for the District of Colorado, to conduct change of plea and sentencing hearings in Grand Junction, Colorado.

Dated July 9, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge