**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  13-cr-00261-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LELAND RAY SMITH,
      a/k/a John Smith,

      Defendant.

---

**ORDER GRANTING MOTION TO RESTRICT**
(Filed under Level 1 Restriction)

---

**Blackburn, J.**

      The matter before me is the defendant's **Motion for Leave To File Statement in Mitigation of Sentence Under Level 1 Restriction**  [#114][1] filed July 24, 2015.  The requirements of D.C.COLO.LCrR 47.1 have been satisfied.  A showing of compelling reasons has been made.  No objections have been filed.  Thus, **Leland Ray Smith's Statement in Mitigation of Sentence** [#115] filed July 24, 2015, is entitled to Level 1 restriction as defined by D.C.COLO.LCrR 47.1(b).  ("Level 1 limits access to the parties and the court").

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion for Leave To File Statement in Mitigation of Sentence Under Level 1 Restriction** is granted;

      2.  That **Leland Ray Smith's Statement in Mitigation of Sentence** [#115] filed

---

[1]  "[#114]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

July 24, 2015, shall be maintained under Level 1 restriction as defined by

D.C.COLO.LCrR 47.1(b); and

    3.  That this order shall be filed and maintained under Level 1 restriction as

defined by D.C.COLO.LCrR 47.1(b).

    Dated September 15, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge